```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
TANYA FALCON,                                                  :
                                                               :
                              Plaintiff,                       :
                                                               :         22-cv-5191 (LJL)
             -v-                                               :
                                                               :             ORDER
SENSIO COMPANY (US) INC., SENSIO INC., and                     :
BELLAHOUSEWARES.COM INC.,                                      :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Under the Case Management Plan and Scheduling Order entered in this action, the parties were required to submit "[a] joint letter updating the Court on the status of the case . . . by one week prior to the status conference. The letter must be no more than three (3) single spaced pages and should include the following information in separate paragraphs:

(1) all existing deadlines, due dates, and/or cut-off dates;
(2) a brief description of any outstanding motions;
(3) a brief description of the status of discovery and of any additional discovery that remains to be completed;
(4) the status of settlement discussions;
(5) the anticipated length of trial and whether the case is to be tried to a jury;
(6) whether the parties anticipate filing motions for summary judgment; and any other issue that the parties would like to address at the pretrial conference or any other information that the parties believe may assist the Court."

Dkt. No. 16 ¶ 11.

There is a post-discovery status conference scheduled in this matter for Thursday, August 24, 2023 and, as of August 18, 2023, the parties have not yet submitted the required letter. The parties are directed to submit the required letter on or before August 22, 2023.

SO ORDERED.

Dated: August 18, 2023
       New York, New York                        _____
                                                      LEWIS J. LIMAN
                                                 United States District Judge